1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )   01:06-CR-393 OWW
                                           )
12                  Plaintiff,             )   ORDER ON GOVERNMENT'S
                                           )   MOTION TO DISMISS
13                                         )   (Fed. R. Crim. P.  48 (a))
                                           )
14             v.                          )
                                           )
15  PEDRO EQUIHUA VALDIVIAS,               )
      aka Manuel Jesus Chacon,             )
16                                         )
                    Defendant.             )
17  _____       )

                             O R D E R
18
          IT IS HEREBY ORDERED that the charges against PEDRO EQUIHUA VALDIVIAS found
19
    within the indictment in this case, be dismissed with prejudice and that warrant for the defendant's
20
    arrest be recalled.
21
    Dated: July  26 , 2007              /s/ Oliver W. Wanger
22                                      _____
                                        Honorable Oliver W. Wanger
23                                      U.S. District Judge

24

25

26

27

28

                                    1