IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO EQUIHUA VALDIVIAS,<br>　aka Manuel Jesus Chacon,<br><br>　　　　　Defendant. | 01:06-CR-393 OWW<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

IT IS HEREBY ORDERED that the charges against PEDRO EQUIHUA VALDIVIAS found within the indictment in this case, be dismissed with prejudice and that warrant for the defendant's arrest be recalled.

Dated: July 26, 2007　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　Honorable Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

1